# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NICOLE HENRY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:19-cv-01690-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF<br><br>(ECF No. 13) |

Plaintiff Heather Nicole Henry ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act.  On July 27, 2020, a stipulation was filed extending the time for Plaintiff to file her opening brief in this action.

Accordingly, IT IS HEREBY OREDERED that:

1   Plaintiff shall file her opening brief on or before **August 28, 2020**;

2.   Defendant's opposition to Plaintiff's opening brief shall be filed on or before **September 28, 2020**; and

3.   Plaintiff's reply, if any, shall be filed on or before **October 13, 2020**.

IT IS SO ORDERED.

Dated:   **July 28, 2020**

UNITED STATES MAGISTRATE JUDGE

1