# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NICOLE HENRY,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:19-cv-01690-SAB<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE<br><br>FIVE DAY DEADLINE |

Plaintiff Heather Nicole Henry ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On July 28, 2020, an order issued granting the parties stipulation for an extension of time for Plaintiff to file an opening brief. Pursuant to the order, Plaintiff's opening brief was due on August 28, 2020. The deadline has passed and Plaintiff did not file her opening brief.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

1    Accordingly, IT IS HEREBY ORDERED that Plaintiff SHALL SHOW CAUSE IN
2 WRITING why this action should not be dismissed for failure to prosecute within **five (5) days**
3 of the date of service of this order.  Failure to comply with this order to show cause shall result in
4 this action being dismissed for failure to prosecute.

IT IS SO ORDERED.

Dated:    **August 31, 2020**

UNITED STATES MAGISTRATE JUDGE