| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NICOLE HENRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.  1:19-cv-01690-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING STIPULTION FOR EXTENSION TO TIME TO FILE OPENING BRIEF<br><br>(ECF Nos. 15, 16, 17) |

Plaintiff Heather Nicole Henry ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act.  On July 28, 2020, an order issued granting the parties stipulation for an extension of time for Plaintiff to file an opening brief.  Pursuant to the order, Plaintiff's opening brief was due on August 28, 2020.  On August 31, 2020, after the deadline had passed without an opening brief or request for extension of time having been filed, an order issued requiring Plaintiff to show cause why this action should not be dismissed for failure to prosecute.  On September 2, 2020, Plaintiff filed a response to the order to show cause and a stipulation for an extension of time to file the opening brief.

Having reviewed Plaintiff's response and the stipulation of the parties, the Court finds that good cause exists to grant the request for an extension of time.

Accordingly, IT IS HEREBY ORDERED that:

1. The order to show cause, issued August 31, 2020, is DISCHARGED;
2. Plaintiff shall file her opening brief on or before **October 2, 2020**;
3. Defendant shall file an opposition to the opening brief on or before **November 2, 2020**; and
4. Plaintiff's reply, if any, shall be filed on or before **November 17, 2020**.

IT IS SO ORDERED.

Dated: **September 3, 2020**

UNITED STATES MAGISTRATE JUDGE