# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NICOLE HENRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01690-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE OPENING BRIEF BY SEVEN DAYS<br><br>(ECF No. 19) |

　　　　Plaintiff Heather Nicole Henry ("Plaintiff") seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act. On July 28, 2020, the Court granted a stipulated request extending the Plaintiff's deadline to file an opening brief until August 28, 2020. (ECF No. 14.) On August 31, 2020, due to the failure of Plaintiff to file an opening brief by the stipulated deadline, the Court issued an order to show cause why the action should not be dismissed for failure to prosecute, and on September 3, 2020, following the filing of a response to the order to show cause and a stipulation for a further extension, the Court discharged the order to show cause and ordered Plaintiff to file an opening brief on or before October 2, 2020. (ECF Nos. 15, 16, 17, 18.)

　　　　On the day of the deadline for Plaintiff to file an opening brief, October 2, 2020, the parties filed a further stipulation requesting an extension of seven days, until October 9, 2020, for Plaintiff to file an opening brief. (ECF No. 19.) Specifically, Plaintiff's counsel cites a medical

1

issue with a family member. (Id.) Although there is a history of failing to file the opening brief by the deadline in this action and a previous order to show cause due to such, given the Plaintiff is only requesting a seven day extension and the proffered reasons for such extension, the Court finds good cause and will grant the requested extension.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before **October 9, 2020**;

2. Defendant's opposition to Plaintiff's opening brief shall be filed on or before **November 9, 2020**; and

3. Plaintiff's reply, if any, shall be filed on or before **November 24, 2020**.

IT IS SO ORDERED.

Dated: **October 2, 2020**

UNITED STATES MAGISTRATE JUDGE