# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NICOLE HENRY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No.  1:19-cv-01690-SAB<br><br>ORDER GRANTING PLAINTIFF'S UNOPPOSED APPLICATION FOR LEAVE TO FILE A LATE BRIEF<br><br>(ECF No. 23) |

Plaintiff Heather Nicole Henry ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act.  On October 2, 2020, the parties filed a stipulation for an extension of time for the opening brief to be filed.  (ECF No. 19.)  Plaintiff's opening brief was ordered to be filed on or before October 9, 2020.  (ECF No. 21.)  On October 12, 2020, Plaintiff filed an unopposed application for leave to file a late opening brief and her opening brief due to having internet problems on October 9, 2020.

IT IS HEREBY ORDERED that:

1. Plaintiff's unopposed application for leave to file a late opening brief is GRANTED;
2. Defendant's opposition to the opening brief shall be filed on or before November 12, 2020; and

3. Plaintiff's opposition, if any, shall be filed on or before November 30, 2020.

IT IS SO ORDERED.

Dated: **October 13, 2020**

UNITED STATES MAGISTRATE JUDGE