# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEATHER NICOLE HENRY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:19-cv-01690-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 26) |

On October 21, 2020, a stipulation was filed to provide an initial extension of time for Defendant to respond to Plaintiff's opening brief by thirty (30) days. (ECF No. 26.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant's opposition shall be filed on or before **December 14, 2020**; and
2. Plaintiff's reply, if any, shall be filed on or before **December 29, 2020**.

IT IS SO ORDERED.

Dated: **November 13, 2020**

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1